## EL PUEBLO v. SANTIAGO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 111.—Resuelto en noviembre 8, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANI-
FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apa-
reciendo de los autos que se haya cometido error alguno que justifique la
revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. FIGUERAS, emitió la opinión del
tribunal.

Esta causa se originó en la corte municipal de San Germán
y pasó á la Corte de Distrito de Mayagüez, en virtud de re-
curso de apelación que interpuso el acusado Esmeraldo Santia-
go. Celebrado ante esta última corte un nuevo juicio; se le con-
denó en 14 de marzo de 1907, por un delito contra el derecho
electoral, á la pena de un mes de cárcel y las costas.

También contra esta sentencia se interpuso recurso de
apelación. Pero no se ha presentado aquí pliego de excep-
ciones, ni exposición del caso, ni siquiera alegato escrito.

La sentencia se ajusta al artículo 322 del Código de Enjui-
ciamiento Criminal, y del récord no aparece que se haya come-
tido ningún error fundamental.

Por cuya razón, el fallo apelado debe confirmarse con las
costas del recurso á cargo del apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asocia-
dos Hernández, MacLeary y Wolf.